UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| INTUITIVE SURGICAL OPERATIONS, INC., | Case No. 16-CV-00586-LHK |
|---|---|
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| MIDBROOK, INC., | |
| Defendant. | |

In light of Plaintiff's motion for entry of default, the initial case management conference is hereby CONTINUED to Wednesday, August 3, 2016 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: April 28, 2016

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No. 16-CV-00586-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE